## CERTIFICATE OF SERVICE

JAMES S. NOWAK, certifies pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that the following is true and correct:

I am the attorney admitted to the bar of this Court. I am the attorney for plaintiffs DISH NETWORK L.L.C, ECHOSTAR TECHNOLOGIES L.L.C. and NAGRASTAR LLC in the above-captioned action. I hereby certify that on October 12, 2012, I electronically filed with the Court's CM/EFC system plaintiffs' Second Amended Complaint. Notice of Filing and the ability to electronically access copies of any filed documents will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/James S. Nowak
James S. Nowak
Bar No. JN0923
Kenney Shelton Liptak & Nowak, LLP
The Calumet Building
233 Franklin Street
Buffalo, NY 14202
Telephone: (716)-853-3801
Fax: (716)-853-0265
jsnowak@kslnlaw.com